# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Environmental Quality Management, Inc. ) | ASBCA No. 59529 |
| ) | |
| Under Contract No. FA8903-04-D-8686 ) | |

APPEARANCE FOR THE APPELLANT:    Stanley R. Soya, Esq.
                                                   Baker Botts L.L.P.
                                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Lt Col James H. Kennedy III, USAF
                                                   Air Force Chief Trial Attorney
                                                   Marvin K. Gibbs, Esq.
                                                   Senior Trial Attorney

## ORDER OF DISMISSAL

This appeal has been settled. By letter to the Board dated 23 April 2015, the parties filed a "Joint Motion to Dismiss ASBCA No. 59529 With Prejudice."

The parties' motion is granted. ASBCA No. 59529 is hereby dismissed with prejudice.

Dated: 28 April 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59529, Appeal of Environmental Quality Management, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals